# In the United States Court of Federal Claims

MICHAEL WEINTHALER,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

No. 19-cv-304 C

Filed: February 9, 2021

## SCHEDULING ORDER

On February 9, 2021, this Court held a telephonic joint status conference, during which the Court established the following briefing schedule on consent of the parties:

- Plaintiff shall file his Motion for Summary Judgment by March 23, 2021;

- Defendant shall file its Response to Plaintiff's Motion for Summary Judgment by April 23, 2021;

- Plaintiff shall file his Reply in support of his Motion for Summary Judgment by May 14, 2021; and

- Oral Argument on Plaintiff's Motion for Summary Judgment is scheduled for June 3, 2021, at 11:00 a.m. EST via teleconference.  The Court will forward instructions regarding participation in the teleconference to the parties.

   IT IS SO ORDERED.

   s/ Eleni M. Roumel
   ELENI M. ROUMEL
   Chief Judge